# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 17, 2016

## NO. 03-16-00122-CV

**A. N., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMERTON AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the termination decree signed by the district court on February 3, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's termination decree. Therefore, the Court affirms the district court's termination decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.